IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff -- Appellee,<br><br>vs.<br><br>RAUL CHAVEZ,<br><br>Defendant -- Appellant. | 1:99-cr-05060-AWI-3<br><br>ORDER PROVIDING INFORMATION AND OPPORTUNITY TO FILE APPLICATION FOR EXTENSION OF TIME TO APPEAL PURSUANT TO ORDER OF APPELLATE COURT |

On March 10, 2015, Raul Chavez ("Appellant") filed a notice of appeal of this court's order dated February 3, 2015, denying Appellants motion to reduce Appellant's sentence pursuant to 18 U.S.C. § 3582(c)(2). This court has received notice from the Ninth Circuit Court of Appeals that Appellant's notice of appeal was filed untimely under Federal Rule of Appellate Procedure 4(b)(1)(A) because it was filed more than 14 days after the entry of the order being appealed. The notice of appeal was, however, filed within 30 days after the expiration of the time to file the notice of appeal. See Fed. R. App. P. 4(b)(4). Therefore, pursuant to circuit court policy, the case was remanded by the circuit court to this court:

> For the limited purpose of permitting the district court to provide [A]ppellant notice and an opportunity to request that the time for filing the notice of appeal be extended, for a period not to exceed 30 days from the expiration of the time prescribed by Rule 4(b), upon a finding of excusable neglect or good cause.

See Doc. # 434 (citing United States v. Ono, 72 F.3d 101, 103 (9th Cir. 1995) (order); United

States v. Stolarz, 547 F.2d 108 (9th Cir. 1976)).

THEREFORE, pursuant to the order of the Ninth Circuit Court of Appeals, it is hereby ORDERED that Appellant submit to THIS COURT an Application for Extension of Time to file Notice of Appeal. Appellant shall file the Application at the earliest possible time. Appellant is ordered to explain in his Application the reason or reasons for the delay and/or to explain any excusable neglect. The Clerk of the Court shall serve this order on Appellant at the following address:

> Reg. No. 99230-011
> Federal Correctional Institution
> P.O. Box 2000
> White Deer, Pennsylvania 17887

IT IS SO ORDERED.

Dated:   March 24, 2015

SENIOR DISTRICT JUDGE