# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **May 19, 2017**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| Name | Reg. No. |
|---|---|
| **Daniel Ary, Jr.** | Reg. No. 13830-035 |
| **Demetrius S. Autery** | Reg. No. 49069-018 |
| **Herman Barron, III** | Reg. No. 37799-037 |
| **Tony Barrow** | Reg. No. 26715-069 |
| **Curtis Bell** | Reg. No. 09304-002 |
| **Benjamin Blount** | Reg. No. 06674-035 |
| **Rodney Rodriguez Brown** | Reg. No. 10448-003 |
| **Tiara Buskey** | Reg. No. 06141-017 |
| **Willie Albert Cannon** | Reg. No. 17515-018 |
| **Artrone Cheatham** | Reg. No. 11101-002 |
| **Jeffrey Glynn Coleman** | Reg. No. 07284-089 |
| **Cortez Cooper** | Reg. No. 14046-424 |
| **Timothy G. Craig** | Reg. No. 11305-171 |
| **Timothy Lashaun Dandridge** | Reg. No. 27345-001 |
| **Terrance H. Darby** | Reg. No. 26554-050 |
| **Michael A. Douglas, Jr.** | Reg. No. 08734-028 |
| **Dezmend Rashawn Doweary** | Reg. No. 25353-083 |
| **Christopher Demetrius Elliott** | Reg. No. 12096-017 |
| **Carroll James Flowers** | Reg. No. 07969-031 |
| **Juan Garcia** | Reg. No. 16710-074 |
| **Raymond Garcia** | Reg. No. 38380-048 |
| **Antonio Maurice Gardner** | Reg. No. 56469-180 |
| **Waymon Audra Goodley** | Reg. No. 46376-080 |
| **William Goodwill** | Reg. No. 14116-026 |
| **Samuel Green** | Reg. No. 03556-015 |
| **Vaughn Greene** | Reg. No. 60082-019 |
| **Monica Haro,** aka Monica Michelle Ramirez | Reg. No. 94642-179 |
| **Shaun Kevin Harris** | Reg. No. 34184-037 |
| **Walter Henry, III** | Reg. No. 22526-016 |
| **Lejandra Deshawn Herman** | Reg. No. 31100-074 |
| **Keith Angelo Hernandez** | Reg. No. 46142-019 |
| **Ramiro Hernandez** | Reg. No. 09761-079 |
| **Eric Hinton** | Reg. No. 25149-039 |
| **Antwaine Tacoma Johnson** | Reg. No. 25797-056 |
| **Karmell Demetrius Johnson** | Reg. No. 09380-003 |
| **Corey Kelly** | Reg. No. 40103-050 |
| **John Kelly** | Reg. No. 12931-035 |
| **Douglas Kennedy** | Reg. No. 26784-050 |
| **Robert Ketchledge** | Reg. No. 75912-004 |
| **Dennis Chan Lai** | Reg. No. 82124-011 |
| **Wendell Layne** | Reg. No. 15370-074 |
| **James Marcus LeBlanc** | Reg. No. 13406-035 |
| **Tarry Cordell London** | Reg. No. 13127-035 |
| **James Keith Loveless** | Reg. No. 01266-081 |
| **Larry Steven Malone** | Reg. No. 23741-086 |

| | |
|---|---|
| **John McCallum** | Reg. No. 60131-066 |
| **Jeffrey Preston McClung** | Reg. No. 05929-084 |
| **Frederick McGary** | Reg. No. 29994-034 |
| **Cartell Alexander McLemore** | Reg. No. 07997-089 |
| **Terry Mitchell** | Reg. No. 09295-002 |
| **Emmett Alvin Monson** | Reg. No. 16891-057 |
| **Richard Ruiz Montes** | Reg. No. 63130-097 |
| **Anthony Lawayne Moon** | Reg. No. 30548-074 |
| **Larry D. Moon** | Reg. No. 05525-033 |
| **Fred Lenard Morrison** | Reg. No. 92974-071 |
| **Dottie Nixon** | Reg. No. 15138-058 |
| **Deon Christopher Nowell** | Reg. No. 11210-171 |
| **William Howard Penn, Jr.** | Reg. No. 09172-035 |
| **Max Orvel Plumlee** | Reg. No. 04859-032 |
| **Calvin Pritchett** | Reg. No. 30550-160 |
| **Gerald Robinson** | Reg. No. 32838-044 |
| **Juan Rodriguez** | Reg. No. 85176-079 |
| **Germaine Roebuck** | Reg. No. 14042-026 |
| **Dyron K. Sampson** | Reg. No. 13813-035 |
| **Felicia Smith** | Reg. No. 12424-035 |
| **Anthony B. Southard** | Reg. No. 53400-060 |
| **Michael Stacey** | Reg. No. 17882-058 |
| **Jason L. Stewart** | Reg. No. 04781-087 |
| **Jeffrey Tate** | Reg. No. 16877-056 |
| **Joshua John Terry** | Reg. No. 41321-074 |
| **Jerome Thompson** | Reg. No. 19923-045 |
| **William Thorne** | Reg. No. 27297-050 |
| **James Tranmer** | Reg. No. 17547-050 |
| **Melvin Tucker** | Reg. No. 03020-029 |
| **John Robinson Turner** | Reg. No. 03073-017 |
| **Timmy Don Ware** | Reg. No. 10334-064 |
| **Donald Welch** | Reg. No. 39994-018 |
| **Glenn Williams** | Reg. No. 15975-056 |
| **Robert Lee Williams, III** | Reg. No. 23834-057 |
| **William Wilson** | Reg. No. 29809-034 |
| **Antonio Antwain Young** | Reg. No. 31644-074 |
| **Calvin Tyrone Young** | Reg. No. 18663-057 |

I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **May 19, 2017**. I also remit the unpaid balance of the fine imposed by the court on each individual. I leave intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **James Anthony Frink** | Reg. No. 30088-056 |
| **Rene Garcia, Jr.** | Reg. No. 09387-045 |
| **Charles Harrison** | Reg. No. 22520-016 |
| **Michael Anthony Mahan** | Reg. No. 12075-040 |
| **Charles Edward Price** | Reg. No. 09272-043 |
| **Marvin G. Roland** | Reg. No. 18079-056 |

I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **July 18, 2017**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Gary J. Anderson** | Reg. No. 26703-038 |
| **Sergio Ramirez** | Reg. No. 06609-030 |
| **Aaron A. Scott** | Reg. No. 33931-183 |

I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **January 19, 2018**, leaving intact and in effect for each named person all other components of each respective sentence. I also direct the Bureau of Prisons to place each of the following named persons on prerelease confinement as soon as practicable:

| | |
|---|---|
| **Robert James Riley** | Reg. No. 59047-065 |
| **Jim L. Townsend** | Reg. No. 13003-076 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **168 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Calvin Burkett Clark** | Reg. No. 16861-171 |
| **Trenton A. Copeland** | Reg. No. 63027-019 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **180 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Thomas Burton** | Reg. No. 61512-080 |
| **Jonathan L. Stout** | Reg. No. 19935-076 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **188 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Robert Raymond Garza** | Reg. No. 24608-077 |
| **Linwood Claude Harris, Jr.** | Reg. No. 56549-019 |
| **Domingo Hernandez** | Reg. No. 27536-050 |
| **Lawrence Smith** | Reg. No. 34308-018 |
| **Derrick White** | Reg. No. 29922-034 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **200 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **John Robinson** | Reg. No. 21207-058 |
| **Raymond Allen Watts** | Reg. No. 39160-037 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **210 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Saeed Abdul Muhammad,**  fka Keith Wayne McFalls | Reg. No. 01217-707 |
| **Jose Alfredo Sanchez, Jr.** | Reg. No. 09462-059 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **James McDade** | Reg. No. 09471-035 |
| **Leo Muhammad** | Reg. No. 27959-044 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **262 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Lesly Alexis** | Reg. No. 56489-004 |
| **Raul Chavez** | Reg. No. 99230-011 |
| **Charles Lee Parker** | Reg. No. 55850-019 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **360 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Christopher Bass** | Reg. No. 11838-017 |
| **John Timothy Cotton** | Reg. No. 32736-077 |
| **Keith Adell Dancer** | Reg. No. 60830-080 |
| **Robert L. Franklin** | Reg. No. 09289-002 |
| **Tyrone Grimes** | Reg. No. 53947-053 |
| **Ricky Lee Groves** | Reg. No. 19069-016 |
| **Gilbert Lopez** | Reg. No. 45561-066 |
| **Randy McMahan** | Reg. No. 14706-171 |
| **Deone Antonio Melvin** | Reg. No. 37924-037 |
| **Johnnie C. Reed** | Reg. No. 03997-017 |
| **Jeremy Simmons** | Reg. No. 08672-028 |
| **Marshane Woods** | Reg. No. 20398-074 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **360 months' imprisonment**. I also remit the unpaid balance of the fine imposed by the court on each individual that remains when his prison sentence expires. I leave intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Efrem Zemblish Harris** | Reg. No. 06890-062 |
| **Linnard O. Lawson** | Reg. No. 09741-068 |

I hereby further commute the total sentence of imprisonment imposed upon **Henry P. Bennett, Jr.**, Reg. No. 86822-071, to a term of **273 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Kenneth Clark**, Reg. No. 15878-026, to a term of **120 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Maria Aide Delgado**, Reg. No. 68452-179, in Docket No. 06-60074-005 in the Western District of Louisiana to a term of **110 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I intend for the 110-month sentence to run consecutively to the 100-month sentence imposed in Docket No. 7:06CR00981-001 in the Southern District of Texas. I remit the unpaid balance of the $15,000 fine imposed in Docket No. 7:06CR00981-001 in the Southern District of Texas that remains when that sentence expires, also leaving intact and in effect the four-year term of supervised release with all its conditions and all other components of the sentence imposed in Docket No. 7:06CR00981-001.

I hereby further commute the total sentence of imprisonment imposed upon **Travis J. Every**, Reg. No. 30502-034, to a term of **175 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Terry Glasscock**, Reg. No. 11178-017, to a term of **295 months' imprisonment**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Andre Haynes**, Reg. No. 64654-004, to expire on **October 16, 2017**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Brian Douglas Hoggard**, Reg. No. 61243-066, to expire on **July 19, 2018**. I also remit the remaining unpaid balance of the $3,000 fine that remains when his sentence expires. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Walter Jenkins**, Reg. No. 29361-013, to a term of **322 months' imprisonment**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Dempsey Johnson**, Reg. No. 20321-045, to a term of **162 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Allan Aquino Lafuente**, Reg. No. 95565-022, to a term of **180 months' imprisonment**. I also remit the remaining unpaid balance of the $1,000 fine that remains when his sentence expires. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Steven Rayford Moore**, Reg. No. 08653-078, to a term of **262 months' imprisonment**. I also remit the remaining unpaid balance of the $5,000 fine that remains when his sentence expires. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Cory D. Mosby**, Reg. No. 13521-026, to a term of **195 months' imprisonment**. I also remit the remaining unpaid balance of the $2,500 fine that remains when his sentence expires. I leave intact and in effect the eight-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Ramon A. Santos**, Reg. No. 05491-070, to a term of **188 months' imprisonment**. I also remit the remaining unpaid balance of the $25,000 fine that remains when his sentence expires. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Michael William Shranklen**, Reg. No. 06436-030, to expire on **August 17, 2017**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Jubali Dushawn Stokes**, Reg. No. 09668-089, to a term of **120 months' imprisonment**. I also commute the supervised release condition requiring him to repay $2,010 of "buy money". I leave intact and in effect the 10-year term of supervised release with all its other conditions, save for repayment of the buy money, and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Eric Arthur Walton**, Reg. No. 21074-101, to a term of **387 months' imprisonment**, leaving intact and in effect the 13-year term of supervised release with all its conditions and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Nineteenth day of January in the year of our Lord Two thousand and seventeen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**