# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

RAUL CHAVEZ,

                    Defendant.

No.  1:99-cr-05060-DAD

**DETENTION ORDER**
(Violation of Supervised Release)

        The defendant having been arrested for alleged violation(s) of the terms and conditions of supervised release; and

        Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court orders the above-named defendant detained and finds that:

[  ]    The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

[ X ]    The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

        This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

    Dated:   **September 9, 2021**          /s/ Erica P. Grosjean

                                UNITED STATES MAGISTRATE JUDGE