PHILLIP A. TALBERT
Acting United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>          v.<br><br>RAUL CHAVEZ,<br><br>                            Defendant. | CASE NO. 1:99-CR-05060-DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

**BACKGROUND**

This matter is currently scheduled for a status conference on **November 4, 2021** as to defendant Chavez regarding the Supervised Release Violation in this case. The parties request that the status conference be continued to **November 30, 2021**. The parties request additional time to conduct investigation as to the allegations and to discuss a resolution.

A proposed order appears below.

//

//

//

//

//

//

1

# STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference as to the supervised release violation currently set for November 4, 2021 be continued to November 30, 2021, at 2:00 pm before the Duty Magistrate.

                                                  Respectfully submitted,

                                                  PHILLIP A. TALBERT
Acting United States Attorney

DATED: November 2, 2021                       By:    /s/ *Laura Jean Berger*
                                                                   Laura Jean Berger
                                                                     Assistant United States Attorney

DATED: November 2, 2021                       By:    /s/ *Daniel Prado*
                                                                    DANIEL PRADO
                                                                    Attorney for Raul Chavez

# O R D E R

IT IS SO ORDERED.

Dated: **November 3, 2021**                              /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE