PHILLIP A. TALBERT
Acting United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL CHAVEZ,<br><br>Defendant. | CASE NO. 1:99-CR-05060-DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

**BACKGROUND**

This matter is currently scheduled for a status conference on **November 30, 2021** as to defendant Chavez regarding the Supervised Release Violation in this case. The parties request that the status conference be continued to **December 28, 2021**. The parties request additional time to conduct investigation as to the allegations and to discuss a resolution.

A proposed order appears below.

//

//

//

//

//

//

1

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference as to the supervised release violation currently set for November 30, 2021 be continued to December 28, 2021.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: November 24, 2021        By:    /s/ *Laura Jean Berger*
                                       LAURA JEAN BERGER
                                       Assistant United States Attorney

DATED: November 24, 2021        By:    /s/ *Daniel Prado*
                                       DANIEL PRADO
                                       Attorney for Raul Chavez

## O R D E R

IT IS SO ORDERED.

Dated:   **November 24, 2021**

UNITED STATES MAGISTRATE JUDGE

2