PHILLIP A. TALBERT
Acting United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL CHAVEZ,<br><br>Defendant. | CASE NO. 1:99-CR-05060-DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

## BACKGROUND

This matter is currently scheduled for a status conference on **December 28, 2021** as to defendant Chavez regarding the Supervised Release Violation in this case.  The parties request that the status conference be continued to **January 11, 2022**.   The parties request additional time to conduct investigation as to the allegations and to discuss a resolution.  The government is working to provide additional discovery to counsel for defendant.  The government has made an offer to resolve the matter, and counsel for defendant requires additional time to discuss the offer with his client.

A proposed order appears below.

//

//

//

//

1

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference as to the supervised release violation currently set for December 28, 2021 be continued to January 11, 2022, at 2:00 pm before the duty magistrate.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: December 22, 2021                    By:    /s/ *Laura Jean Berger*
                                                   LAURA JEAN BERGER
                                                   Assistant United States Attorney

DATED: December 22, 2021                    By:    /s/ *Daniel Prado*
                                                   DANIEL PRADO
                                                   Attorney for Raul Chavez

## O R D E R

IT IS SO ORDERED.

Dated:   **December 22, 2021**                     /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE